KATHRYN BURKETT DICKSON, State Bar No. 70636
EMILY A. NUGENT, State Bar No. 255048
ZOË TELLMAN, State Bar No. 298698
DICKSON GEESMAN LLP
1999 Harrison Street, Suite 2000
Oakland, CA 94612
Tel.: (510) 899-4670
Fax: (510) 899-4671
kathy@dicksongeesman.com
emily@dicksongeesman.com
zoe@dicksongeesman.com
Attorneys for Plaintiff HEIDI DAVALOO

STEPHEN ROBERT RAAB SBN 180939
RENEE GIACOMINI BREWER SBN 173012
KERRY L. GERCHOW SBN 209623
Marin County Counsel's Office
3501 Civic Center Drive, Room 275
San Rafael, California 94903
(415) 473-6117
(415) 473-3796 (fax)
sraab@marincounty.org
rbrewer@marincounty.org
kgerchow@marincounty.org
Attorneys for Defendant COUNTY OF MARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI DAVALOO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE COUNTY OF MARIN,<br><br>　　　　Defendant. | Case No. 3:15-cv-02171LB<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE; [PROPOSED] ORDER**<br><br>Date:　March 10, 2016<br>Time:　11:00 a.m.<br>Court:　Magistrate Beeler, Ctrm. C |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT Case No. 3:15-cv-02171LB

1

1  The parties engaged in private mediation on February 8, 2016 with Mediator Cynthia
2  Rammers and arrived at tentative settlement terms, which were considered by the Marin County
3  Board of Supervisors on March 1, 2016. Based on the closed session discussion by the Board, the
4  parties are addressing certain terms and a revised proposed agreement will be considered by the
5  Board of Supervisors on March 15, 2016, at which time the parties are hopeful a final settlement
6  agreement will be approved.

7  Given this status, the parties request that the current Case Management Conference
8  scheduled for March 10, 2016, be continued for a month, until April 7, 2016 at which time the
9  parties can report whether a final settlement has been executed.

10
11

12  Dated: March 3, 2016             DICKSON GEESMAN LLP
13
14                                         By   */s/ Kathryn Burkett Dickson*
                                                Kathryn Burkett Dickson
15                                              Attorneys for Plaintiff

16
17  Dated: March 3, 2016             OFFICE OF THE COUNTY COUNSEL
18                                         By   */s/ Stephen Raab*
                                                Stephen Raab
19                                              Attorneys for Defendant
20

21  I attest under penalty of perjury that concurrence in the filing of this document has been
22  obtained from Stephen Raab, Rene Giacomini Brewer, or Kerry Gerchow.
23

24  Dated: March 3, 2016             DICKSON GEESMAN LLP
25
26                                         By   */s/ Kathryn Burkett Dickson*
                                                Kathryn Burkett Dickson
27                                              Attorneys for Plaintiff
28

**ORDER**

Based upon the parties' report on the status of their settlement efforts, the Court finds good cause to continue the Case Management Conference to April 7, 2016 at 11:00 a.m.
A Joint Updated Case Management Statement due March 31, 2016.

DATE: March 4, 2016

_____
Honorable Laurel Beeler
UNITED STATES MAGISTRATE JUDGE