STEVEN M. WOODSIDE, COUNTY COUNSEL
Renee Giacomini Brewer, SBN 173012
Stephen R. Raab, SBN 180939
Kerry L. Gerchow, SBN 209623
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117, Fax: (415) 473-3796
rbrewer@marincounty.org
sraab@marincounty.org
kgerchow@marincounty.org

Attorney(s) for Defendant COUNTY OF MARIN

KATHRYN BURKETT DICKSON, State Bar No. 70636
EMILY A. NUGENT, State Bar No. 255048
ZOE TELLMAN, State Bar No. 298698
DICKSON GEESMAN LLP
1999 Harrison Street, Suite 2000
Oakland, CA 94612
Tel.: (510) 899-4670
Fax: (510) 899-4671
kathy@dicksongeesman.com
emily@dicksongeesman.com
zoe@dicksongeesman.com

Attorneys for Plaintiff HEIDI DAVALOO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI DAVALOO,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF MARIN,<br><br>          Defendant. | Case No.: cv-15-02171 LB<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

**STIPULATION**

The parties, having reached a settlement in this matter, stipulate to the dismissal with prejudice of the above-captioned action.

DATED: March 30, 2016							STEVEN M. WOODSIDE
										COUNTY COUNSEL

										By:	/s/ *Stephen R. Raab*
											Stephen R. Raab
											Attorneys for Defendant

DATED: March 30, 2016							DICKSON GEESMAN LLP

										By:	/s/ *Kathryn Burkett Dickson*
											Kathryn Burkett Dickson
											Attorneys for Plaintiff

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Stephen Raab, Rene Giacomini Brewer, or Kerry Gerchow.

Dated: March 30, 2016							DICKSON GEESMAN LLP


										By: */s/ Kathryn Burkett Dickson*
											Kathryn Burkett Dickson
											Attorneys for Plaintiff


**ORDER**

Upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that this matter is dismissed with prejudice as to all parties.

IT IS SO ORDERED.

Dated: March 31, 2016							_____
										THE HONORABLE LAUREL BEELER
										United States Magistrate Judge